STATE OF NEW JERSEY v. RALPH E. DRIGGERS, JR.

July 2, 1984.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF W.E.S.

July 2, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JESSE HOLLAND.

July 2, 1984.

Petition for certification denied.

SORIANO, HENKEL, STEIN & GAYDOS, ESQS. v.
RICHARD J. HARLEY.

July 2, 1984.

Petition for certification denied.